**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL ACTION NO. 5:18-29-KKC-MAS-2** |
| **Plaintiff,** | |
| **V.** | **ORDER** |
| **AARON AVADO BAIN,** | |
| **Defendant.** | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant's motion to vacate, set aside, or correct a sentence and the magistrate judge's recommendation that the Court deny the motion. On September 27, 2018, the Court sentenced Defendant Aaron Avado Bain to 60 months imprisonment for possession with intent to distribute 500 grams or more of cocaine and for being an illegal alien in possession of a firearm. (DE 51.) Defendant did not appeal his conviction. On August 16, 2019, Defendant filed a motion pursuant to 28 USC § 2255 to vacate, set aside, or correct a sentence. (DE 71.) On January 7, 2020, Magistrate Judge Matthew A. Stinnett issued a Report & Recommendation recommending that the Court deny with prejudice Defendant's motion and deny a certificate of appealability on all issues, should Defendant request a certificate of appealability. (DE 79.) No party has filed an objection to the Report & Recommendation. Further, the Court has reviewed the Report & Recommendation and agrees with the analysis.

Accordingly, the Court hereby ORDERS that:

1) the Report & Recommendation (DE 79) is ADOPTED as the Court's opinion;

2) Defendant's motion to vacate, set aside, or correct a sentence (DE 71) is DENIED with prejudice; and

3) a certificate of appealability is DENIED as to all issue, should Defendant request a certificate of appealability.

Dated January 24, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY