**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 5:18-CR-29-KKC** |
| **Plaintiff,** | |
| **v.** | **OPINION and ORDER** |
| **AARON AVADO BAIN,** | |
| **Defendant.** | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court upon the Report and Recommendation made by the United States Magistrate Judge following a supervised release revocation hearing. (R. 93.) The Magistrate Judge recommends that this Court revoke Defendant Aaron Avado Bain's term of supervised release and sentence him to six months' imprisonment with four years of supervised release to follow. Neither the United States nor the Defendant has filed an objection, and the deadline to do so has expired. The Defendant also filed a waiver of allocution. (R. 94.)

Accordingly, the Court, having examined the record, agrees with the Magistrate Judge's Report and Recommendation. Being otherwise fully and sufficiently advised, HEREBY ORDERS that:

(1) the Magistrate Judge's Report and Recommendation (R. 93) is ADOPTED as the Court's Opinion;

(2) the Defendant is GUILTY of the violation in the Report;

(3) the Defendant's supervised release is REVOKED

(4) the Defendant is sentenced to a term of six months' imprisonment; and

(5) the Defendant's imprisonment shall be followed by a new term of four-years' supervised release, subject to the same terms originally imposed.

This 4th day of May, 2026.

Signed By:

*Karen K. Caldwell*

United States District Judge